IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60051
Summary Calendar
_____

JOSEPH SHELTON,

                                        Plaintiff-Appellant,

versus

DENNIS E. PRESCOTT ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:95-CV-316-S-D
- - - - - - - - - -
November 6, 1997
Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

    Joseph Shelton, Mississippi prisoner #59619, appeals from
the district court's order granting summary judgment in favor of
the defendants in his civil rights complaint brought pursuant to
42 U.S.C. § 1983.  He asserts that the district court erred in
its determination that his allegations did not support his claim
that prison officials were deliberately indifferent to his
serious medical needs.  We have reviewed the record and the
briefs of the parties and AFFIRM the district court's judgment

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

for essentially the same reasons adopted by the district court. Shelton v. Prescott et al., No. 1:95CV316-S-D (N.D. Miss. Jan. 3, 1997).

AFFIRMED.